UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRIANNE D. OLESON,

      Plaintiff,

                                                      Civil No. 06-6287-AS

      v.

                                                      JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

      Defendant.

      Based on the Order adopting the Findings and Recommendation of Magistrate Judge Ashmanskas, the Commissioner's decision is REVERSED and REMANDED for immediate calculation and award of benefits.

      Dated this __24__ day of January, 2008.

                                                                   /s/ Ancer L. Haggerty
                                                                   Ancer L. Haggerty
                                                             United States District Judge