FILED '08 MAR 14 14:19 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**BRIANNE D. OLESON,**                            CV # 06-6287-AS

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**                         ORDER FOR EAJA FEES
**COMMISSIONER of Social Security,**

        Defendant.

        Defendant.

---

        Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7499, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and costs in the amount of $350, pursuant to 28 U.S.C. 1920, shall be awarded to Plaintiff; mailed to Plaintiff's attorney.

DATED this __14__ day of March, 2008.

                                                       HON. ANCER L. HAGGERTY
                                                       UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Attorney for Plaintiff